IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00285-CR-W-ODS |
| JEREMY J. LARA, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty of the defendant to Count One of the Indictment is now accepted, and the defendant is adjudged guilty of this offense.

IT IS SO ORDERED.

                                                                                                                           /s/ Ortrie D. Smith
                                                                                                                           ORTRIE D. SMITH
                                                                                                                           United States District Judge